UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| CHRIS VERITAS, on behalf of himself and all others similarly situated,<br><br>     Plaintiff,<br> -against-<br><br>BANK OF AMERICA CORP. and BANK OF AMERICA, N.A.,<br><br>     Defendants. | No. 18 Civ. 16775 (KM) (SCM) |

## NOTICE OF STIPULATION OF VOLUNTARY DISMISSAL

Plaintiff Chris Veritas ("Plaintiff"), through counsel of record, and Defendants Bank of America Corp. and Bank of America, N.A. ("Defendants"), through their counsel of record, hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorneys' fees and costs.

Dated: January 13, 2020

By: */s/ Glen D. Savits*
  Glen D. Savits

**GREEN SAVITS, LLC**
Glen D. Savits
25B Vreeland Road, Suite 207
Florham Park, NJ 07932
Tel: (973) 695-7777
Fax: (973) 695-7788
gsavits@greensavits.com

*Attorneys for Plaintiff and the Putative Class and Collective*

Respectfully submitted,

By: */s/ Jeffrey Ira Kohn*
  Jeffrey Ira Kohn

**O'MELVENY & MYERS LLP**
Jeffrey I. Kohn
(NY Bar #1980838)
7 Times Square
New York, New York 10036
Tel.: (212) 326-2000
Fax: (212) 326-2061
jkohn@omm.com

*Attorneys for Defendants*

SO ORDERED

Kevin McNulty, U.S.D.J.

Date: 1/14/2020